**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2208**

_____

ROBERTA L. HINES,

        Plaintiff - Appellant,

     v.

MAYOR AND CITY COUNCIL OF BALTIMORE CITY, Baltimore City Office
of Information Technology (BCIT),

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Stephanie A. Gallagher, District Judge.  (1:22-cv-01243-SAG)

_____

Submitted:  December 23, 2025             Decided:  December 30, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Roberta L. Hines, Appellant Pro Se.  Camille L. Shepherd, Assistant Solicitor, Kendrick
McLeod, Assistant Solicition, Michael Redmond, BALTIMORE CITY  DEPARTMENT
OF LAW, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberta L. Hines appeals the district court's order granting Defendant's motion for summary judgment and dismissing her employment action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Hines v. Mayor & City Council of Balt. City*, No. 1:22-cv-01243-SAG (D. Md. Nov. 6, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*